# EXHIBIT 2

June 3, 2026 CCRD email regarding EEOC dual filing

**James Bartolomei**

**From:** CCRD Intake - DORA, DORA <dora_ccrdintake@state.co.us>
**Sent:** Wednesday, June 3, 2026 2:26 PM
**To:** James Bartolomei
**Cc:** CCRD
**Subject:** Re: EEOC charge and CCRD

**IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender dora_ccrdintake@state.co.us**

Received, thank you. Upon review of the information that you provided, it appears that the CCRD is unable to investigate this matter. Specifically, our office was able to confirm that a formal complaint has been filed with the U.S. Equal Employment Opportunity Commission regarding this same matter (EEOC complaint no. 541-2026-03589). Pursuant to our workshare agreement with the EEOC, filing this same complaint with the CCRD would constitute a duplicate filing, and as such, we **cannot** accept this filing. To the extent that dual-jurisdiction exists, the complaint filed with the EEOC may be deemed dual-filed with the CCRD for purposes of administrative exhaustion under Colorado law. However, the EEOC will be the investigating agency for this matter.

Please direct any related inquiries to the EEOC's Denver Field Office:

**EEOC Denver Field Office**
**950 E. 17th Street, Suite 300**
**Denver, CO 80202**
**Phone: 1-800-669-4000**
**Fax: 303-866-1085**
**TTY: 1-800-669-6820**
**Email: info.dfo@eeoc.gov**
**Website: eeoc.gov/**

Accordingly, the CCRD will take no further action.

---------- Forwarded message ---------
From: **James Bartolomei** <James@duncanfirm.com>
Date: Tue, Jun 2, 2026 at 10:48 AM
Subject: EEOC charge and CCRD
To: dora_ccrd@state.co.us <dora_ccrd@state.co.us>

I represent Kayleen Fulton and she just filed an EEOC charge today. I had planned on also filing one with the CCRD but EEOC confirmed it was unnecessary and would result in the CCRD being tagged as duplicate. I've attached the relevant EEOC filings.

Please advise. Thank you.

James H. Bartolomei, Esq.

Of Counsel

DUNCAN FIRM

809 W. 3rd Street

Little Rock, Arkansas 72201

5318 E. 2nd Street, #893
Long Beach, California 90803

736 West End Avenue, #4

New York, New York 10025

501-228-7600 office

501-658-1341 mobile

501-228-0415 fax

Bio at Duncan Firm

Linkedin

I am licensed to practice law before the state courts in California, New York, Connecticut, Arkansas, Florida, and DC. Federal bars include the Eastern District of Arkansas, Western District of Arkansas, Southern District of New York, Eastern District of New York, Western District of New York, Central District of California, Northern District of California, Eastern District of California, Southern District of Florida, District of Colorado, District of Columbia, Northern District of Texas, Eastern District of Texas, Western District of Texas, Southern District of Texas, US Court of Federal Claims, Ninth Circuit Court of Appeals, Second Circuit Court of Appeals, Eleventh Circuit Court of Appeals & US Supreme Court.

This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s), and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify me immediately by return e-mail message and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system. NOTE: in some states, lawyers are required to notify all recipients of e-mail that 1) e-mail communications are not a secure method of communication, 2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from sender to recipient, 3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passes through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please advise me AT ONCE.

--

Intake Unit
Colorado Civil Rights Division

COLORADO
Department of Regulatory Agencies
Colorado Civil Rights Division

1560 Broadway Street, Suite 825, Denver, CO 80202
(303) 894-2997 | dora_ccrdintake@state.co.us
https://ccrd.colorado.gov

**CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.**