# EXHIBIT 5

March 20, 2026 all-staff email from Bastian Aue

EXHIBIT B

[redacted]

Begin forwarded message:

**From:** Bastian Aue <bastian.aue@ethereum.org>
**Subject: IMPORTANT: Check Town Hall channel on Mattermost**
**Date:** March 20, 2026 at 07:50:02 MDT
**To:** allstaff@ethereum.org

Hi all,

I have just posted an important and time-sensitive message in the Town Hall channel on Mattermost: https://chat.ethereum.foundation/ethereum-foundation/pl/arddbqmyht8t8bx3u94u4renxa

Please make sure to read it as soon as possible, and reach out if you have any questions. I am available for calls most of the weekend.

Regards,
Bastian

# Mandate Commitment

The Mandate is a strongly opinionated document. It is not for everyone.

Please let us know what you decide before midnight UTC, next Monday, 23rd of March, using this form. Non-submission will be interpreted as a decision to leave the EF.

If you feel like there are questions you need answered in order to make this decision, please reach out to Bastian any day or time before the deadline at @aerugo.33 on Signal or in DMs on Mattermost.

**1. My decision is:**

- ○ I personally commit to the direction set out in the mandate, I commit to help translate it into thoroughly reasoned strategies for my domain, and I commit to an exclusive and energetic focus on the mission critical tasks necessary for its implementation. From today and until my last day at the EF. *
- ○ I cannot confidently commit to the above and would like to request my extra months of compensation and leave the EF without undue delay.

If you decided on the second option, we will be in touch to figure out the timeline for and practicalities around departure.