# EXHIBIT 6

April 6, 2026 email from Jose Cabrita confirming termination

---------- Forwarded message ---------
From: jose.cabrita@ethereum.org
Date: 2026-04-06 at 15:56
Subject: Separation Agreement
To: nixo@ethereum.org
Cc: tjuliang@ethereum.org, bastian.aue@ethereum.org

Hi Nixo,

We are writing to confirm the decision to end your employment and outline the next steps.

- Separation agreement and severance -

I attach the Separation Agreement dated today, 6 April 2026. Among other things, it provides for the last day of your contract to be 10 April 2026, and it presents two options to you:

- Option A: We will use reasonable endeavours to procure EthStaker to engage you for a period of 12 months at a substantially equivalent rate, and we will fund EthStaker accordingly. If we are unable to procure such an engagement by EthStaker within 90 days, you will instead receive the severance amount in Option B below.

- Option B: In lieu of Option A, we will pay you a severance equivalent to 1 month of your current monthly total target compensation per year worked, net of all deductibles.

In addition, regardless of whether you elect Option A or B, we will also pay you 3 years' worth of our current monthly healthcare contributions in a lump sum.

We would be grateful if you could review the Separation Agreement and, if there are no issues, return us a signed copy by Thursday, 9 April 2026, and let us know whether you choose Option A or B.

If we do not receive a signed copy of the Separation Agreement by then, we will take it that you do not agree to it, and we will issue you a termination notice on Friday, 10 April 2026, effective immediately. In this case, we will not be providing a severance or other benefit.

- Key dates -

April 9: Deadline to sign, and return the Separation Agreement.

April 9: Submit any outstanding expenses for reimbursement.

April 10: Final day of engagement.

- Other questions -

Q. Will I lose access to tools immediately?
A: Access to tools will be maintained until April 10 EOD, after which they will be deactivated.

Q. What will happen to my benefits?
A: Your healthcare benefits remain in place through the end of the month of April. You have 60 days from this date to enroll in COBRA and keep accessing the benefits. The cost of COBRA is 100% of the total premium plus a 2% COBRA fee. You will receive the COBRA enrollment paperwork via regular mail at your registered address. The medical, vision, and dental plans are COBRA eligible.

As mentioned, under the Separation Agreement, regardless of whether you elect Option A or B, we will also pay you 3 years' worth of our current monthly healthcare contributions in a lump sum.

If you have a 401(k) account, you can generally access it indefinitely after leaving your job. You may choose to leave your funds in the existing account, roll them over to a new employer's plan, or transfer them to an IRA.

You can contact Lightsource for more information or details about your individual situation.

If you need clarification, please contact peopleops@ethereum.org.

Best,